VINELAND TRUST COMPANY, complainant-respondent,

*v.*

KATHARINE WESTENDORF et al., defendants-appellants.

[Decided March 12th, 1917.]

On appeal from a decree of the court of chancery reported in *86 N. J. Eq. 343.*

*Mr. Henry S. Alvord,* for the appellant.

*Mr. Leverett Newcomb* and *Mr. Robert H. Southard,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPEN-HEIMER, TAYLOR, GARDNER—11.

*For reversal*—None.